**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Trenton, NJ**

JARROD KAUFMAN, et al.

                            Plaintiff,

v.                                                Case No.:
                                                 3:14−cv−06434−AET−DEA

                                                 Judge Anne E. Thompson

LUMBER LIQUIDATORS, INC., et al.

                            Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID−L5358−14

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                      Very truly yours,

                                                      William T. Walsh, Clerk
                                                      By Deputy Clerk, mmh

encl.
cc: All Counsel